UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>vs.<br>ANICE D. WILLIAMS,<br>　　　　Defendant. | A01-126-02 CR (JKS/JDR)<br><br>**FINAL RECOMMENDATION REGARDING MOTION TO VACATE § 2255**<br><br>(Docket No. 263) |

In a recommendation filed December 6, 2005, I advised that defendant Williams' Motion to Vacate be denied. The defendant timely filed objections at Docket No. 276. The government did not file a response. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 28th day of December, 2005, at Anchorage, Alaska.

　　　　　　　　　　　　／s／ John D. Roberts
　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　United States Magistrate Judge