IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>    vs.<br>ANICE WILLIAMS,<br>                Defendant. | Case No. 3:01-cr-00126-JKS-JDR<br><br>O R D E R |

Anice Williams has moved to vacate her sentence pursuant to 28 U.S.C. § 2255. *See* A05-0046 CV (JKS). The Honorable John D. Roberts, United States Magistrate Judge, to whom this matter was initially referred, recommends that the motion be denied. Docket Nos. 275 (Initial R&R); 277 (Final R&R). Having exercised its independent judgment, the Court concurs with Judge Roberts's findings and conclusions.

**IT IS THEREFORE ORDERED:**

The motion to vacate sentence pursuant to 28 U.S.C. § 2255 is **DENIED**.

Dated at Anchorage, Alaska, this 30 day of January 2006.

                                                                /s/ James K. Singleton
                                                          **JAMES K. SINGLETON, JR.**
                                                            United States District Judge

1