IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>ANICE WILLIAMS,<br>　　　　　　　　　Defendant. | Case No. 3:01-cr-00126-JKS-JDR<br>Case No. A05-0046 CV (JKS)<br><br>**JUDGMENT** |

___　**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion to vacate sentence under 28 U.S.C. § 2255 is **DENIED**.

APPROVED:

/s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
United States District Judge

January 30, 2006
　　　Date

IDA ROMACK
　　　Clerk

_Dan Maus_
(By) Deputy Clerk