# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

    v.                              Case No.    A01-0126-02 CR (JKS)

Anice Williams

It appearing that the above-named was placed on supervised release for a period of three years. On September 15, 2006, the defendant was found deceased in her residence by the Alaska State Troopers. The defendant's term of supervised release was to expire on March 6, 2009. It is accordingly recommended that Mrs. Anice Williams be discharged from supervision and that the proceedings in the case be terminated.

Respectfully submitted,

_Redacted Signature_ ader   10-18-06

Beth A. Mader                   Date
U.S. Probation/Pretrial Services
Officer

_Redacted Signature_

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __18__ day of __October__, 20__06__.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge